UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HELEN LE,<br><br>    Plaintiff,<br><br>    v.<br><br>CEO, DIRECTOR, SUPERVISOR USPS, et al.,<br><br>    Defendants. | Case No. 21-cv-00566-JST<br><br>**ORDER DISMISSING CASE WITH PREJUDICE**<br><br>Re: ECF No. 5 |

On January 26, 2021, the Court granted Plaintiff's motion to proceed in forma pauperis, but dismissed the complaint for failure to include a "short and plain statement of the claim showing that the pleader is entitled to relief" as required by Federal Rule of Civil Procedure 8(a)(2). ECF No. 5. The Court granted Plaintiff leave to file an amended complaint within 30 days. Plaintiff did not file an amended complaint. Accordingly, the case is dismissed with prejudice. The clerk shall enter judgment and close the file.

**IT IS SO ORDERED.**

Dated: March 17, 2021

JON S. TIGAR
United States District Judge